PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 570-4809
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SILVA DIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-01452-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                     Respectfully submitted,

Dated: May 9, 2023          LAW OFFICES OF FRANCESCO BENAVIDES

                            By:<u>/s/ Francesco Benavides*</u>
                               FRANCESCO BENAVIDES
                               Attorneys for Plaintiff
                               [*As authorized by e-mail on May 9, 2023]

Dated: May 12, 2023         PHILLIP A. TALBERT
                            United States Attorney

                            By: <u>/s/ Margaret Branick-Abilla</u>
                               MARGARET BRANICK-ABILLA
                               Special Assistant United States Attorney
                               Attorneys for Defendant

# ORDER

Pursuant to stipulation, it is **ORDERED** that this action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

   Dated:  **May 12, 2023**                    <u>/s/ Gary S. Austin</u>
                                               UNITED STATES MAGISTRATE JUDGE